of the petitioner to file a motion requesting that the revised schedule of rates sought by them in their application of January 23, 1976, become effective immediately, if a final decision and order of the Public Utilities Commission is not rendered on or before November 30, 1976. *Edwards & Angell, Edward F. Hindle, Deming E. Sherman,* for petitioner. *Julius C. Michaelson,* Attorney General, *R. Daniel Prentiss,* Special Asst. Attorney General, for respondents. *Roberts & Willey, Inc., Ronald C. Markoff,* for Rhode Island Consumers' Council.

M. P. No. 76-377. JOSEPH JACINTO *et al. v.* JEROME P. EGAN *et al.* Petition for certiorari is granted and writ shall issue forthwith. Case is consolidated with the case of *Jacinto* v. *Egan,* 117 R.I. 940, 366 A.2d 822 (1976). *Manning, West, Santaniello & Pari, V. James Santaniello,* for plaintiffs-respondents. *Natale L. Urso, Barry N. Capalbo,* for defendants-petitioners.

M. P. No. 76-397. JOSEPH O. WEAVER *et al. v.* UNITED CONGREGATIONAL CHURCH *et al.* Petition for certiorari is granted and writ shall issue forthwith. *Ralph D. Morrison,* for petitioners. *Sheffield & Harvey, William R. Harvey,* for respondents.

C. A. No. 74-262. STATE *v.* CLAIRE ROBICHAUD. Motion of State to furnish further transcript is granted. The defendant's counsel is directed to turn over to the State all portions of the transcript pertaining to this case in his possession. Bevilacqua, C.J. did not participate. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Asst. Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, Joseph A. Bevilacqua, Jr.,* for defendant.

C. A. No. 76-34. STATE *v.* NICHOLAS PALMIGIANO. Motion of State to reconsider the previous order of this Court is granted. The State's motion to affirm the judgment below pursuant to Rule 16(g) is granted. *State* v. *Keegan,* 113 R.I. 923, 320 A.2d 618 (1974). *Julius C. Michaelson,* Attorney General, *Judith*